

# Fourth Court of Appeals
## San Antonio, Texas

### MEMORANDUM OPINION

No. 04-14-00146-CV

**IN THE INTEREST OF A.L.A.**, a Child

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2000EM502104
Honorable Eric Rodriguez, Judge Presiding

PER CURIAM

Sitting: Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice

Delivered and Filed: April 30, 2014

MOTION DENIED AS MOOT; DISMISSED FOR WANT OF JURISDICTION

On March 3, 2014, appellant Susan Idalia Anderson Costner filed a "Motion for Leave to File Late Notice of Appeal" in this court. However, no notice of appeal appears to have been filed in the trial court or in this court.

This court's jurisdiction is invoked by the timely filing of a notice of appeal. *Molina v. Housing Authority of the City of San Antonio*, No. 04-04-00774-CV, 2004 WL 2715903, *1 (Tex. App.—San Antonio Dec. 1, 2004, no pet.) (mem. op.); TEX. R. APP. P. 25.1(b). Because it appeared appellant did not file a notice of appeal, we ordered her to file a written response in this court on or before April 11, 2014, establishing that she has timely filed a notice of appeal and thereby invoked this court's jurisdiction. We advised that if appellant failed to satisfactorily

respond within the time provided, the appeal will be dismissed for want of jurisdiction. *See* TEX. R. APP. P. 42.3(a). Appellant did not file a response.

Accordingly, we hold appellant has not invoked this court's jurisdiction, and we: (1) deny her motion for leave to file late notice of appeal as moot, and (2) dismiss the appeal. *See Molina v. Housing Authority of the City of San Antonio*, No. 04-04-00774-CV, 2004 WL 2715903, *1 (Tex. App.—San Antonio Dec. 1, 2004, no pet.) (mem. op.); TEX. R. APP. P. 25.1(b).

PER CURIAM